No. 83–5305.   HUMPHEREY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–5307.   BEEMBLOSSOM v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–1653.   NEWMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   JUSTICE POWELL would grant certiorari.

No. 82–1682.   JABARA v. WEBSTER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari. ■

No. 82–1723.   PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL.   C. A. 9th Cir. Motion to intervene in order to file a petition for writ of certiorari granted.   Certiorari denied.   JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari. ■

No. 82–1793.   ALCOHOLIC BEVERAGE CONTROL APPEALS BOARD ET AL. v. LEWIS-WESTCO CO.   Ct. App. Cal., 1st App. Dist.   Motion of Wine & Spirits Wholesalers of California for leave to file a brief as amicus curiae granted.   Certiorari denied.

No. 82–1822.   QUILICI v. VILLAGE OF MORTON GROVE ET AL.;
No. 82–1930.   REICHERT ET AL. v. VILLAGE OF MORTON GROVE ET AL.; and
No. 82–1934.   STENGL ET AL. v. VILLAGE OF MORTON GROVE ET AL.   C. A. 7th Cir.   Motion of Handgun Control, Inc., for leave to file a brief as amicus curiae granted.   Certiorari denied. Reported below: 695 F. 2d 261.

No. 82–1829.   CALLAHAN v. YOUNG.   C. A. 1st Cir.   Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 82–1896.   TEXAS v. GARZA.   Ct. Crim. App. Tex.   Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.